**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 257 MAL 2019

             Respondent                    :

                                         :   Petition for Allowance of Appeal from

                                         :   the Order of the Superior Court

             v.                            :

                                         :

KENNETH ANDREW KOVALESKI,      :

                                         :

             Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.